UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWELL A. BAISDEN,<br><br>               Plaintiff,<br><br>   v.<br><br>MERRICK B. GARLAND,[1] in his official capacity as Attorney General of the United States, *et al.*,<br><br>               Defendants. | Civil Action No. 19-3105 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss for failure to state a claim, ECF 16, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

    **SO ORDERED.**

                                                                                        _____
                                                                                       JIA M. COBB
                                                                                       United States District Judge

Date: November 15, 2023

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Merrick B. Garland is automatically substituted for his predecessor, Jeffrey A. Rosen, Acting Attorney General of the United States.